United States District Court
Southern District of Texas
**ENTERED**
June 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| I.S.L., | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-05397 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| Frank Bisignano, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM AND RECOMMENDATION

The Commissioner has filed an unopposed motion to reverse the ALJ's denial of social security disability benefits and remand for further proceedings. Dkt. 19.  Defendant notes that this request is governed by the fourth sentence of 42 U.S.C. § 405(g), which requires entry of judgment in Plaintiff's favor.  *Id.* at 1-2.  It is therefore **RECOMMENDED** that the Commissioner of Social Security's motion (Dkt. 19) be **GRANTED**, and that final judgment be entered reversing and remanding the case to the Social Security Administration under the fourth sentence of 42 U.S.C. § 405(g).

Signed on June 2, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge