United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| I.S.L., | § § § § § § § § § § § § § | |
| *Plaintiff,* | | Civil Action No. 4:25-cv-05397 |
| v. | | |
| Frank Bisignano, Commissioner of Social Security, | | |
| *Defendant.* | | |

## MEMORANDUM AND RECOMMENDATION

On June 2, 2026, the undersigned issued an opinion recommending that this Court grant the Commissioner's motion to reverse and remand the ALJ's denial of benefits.  Dkt. 20.  That disposition, if adopted, would moot Plaintiff I.S.L.'s pending motion for summary judgment (Dkt. 14).  Accordingly, it is **RECOMMENDED** that Plaintiff's motion for summary judgment be **DENIED AS MOOT** upon adopting the recommendation to grant the Commissioner's motion to reverse and remand for further administrative proceedings.

**The parties have fourteen days from service of this Report and Recommendation to file written objections.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Failure to file timely objections will preclude**

appellate review of factual findings and legal conclusions, except for plain error.  *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015).

Signed on June 3, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge

2