United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IMOGENE SHAHERA LEVY, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-05397 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
| Defendant. | § | |

**ORDER ADOPTING
MEMORANDA AND RECOMMENDATIONS**

Plaintiff Imogene Shahera Levy filed this suit against the Commissioner of Social Security seeking judicial review of a decision by an administrative law judge denying her application for disability benefits and supplemental security income. See Dkt 1 at 2. The case was referred for disposition to Magistrate Judge Yvonne Y. Ho. Dkt 7.

Plaintiff filed a motion for summary judgment. Dkt 14. Defendant then filed an unopposed motion to remand the case to the Social Security Administration for further administrative proceedings. Dkt 19.

Judge Ho recommends that the motion to remand be granted as unopposed, and that final judgment enter reversing the decision by the ALJ and remanding this action to the Social Security Administration. See Dkt 20 at 1. She also recommends that the motion for summary judgment be denied as moot. See Dkt 21.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see

also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memoranda and Recommendations, the record, and the applicable law.

The Memoranda and Recommendations of the Magistrate Judge are ADOPTED as the Memorandum and Order of this Court. Dkts 20 & 21.

The motion to remand is GRANTED AS UNOPPOSED. Dkt 19.

The decision by the administrative law judge denying benefits to Plaintiff Imogene Shahera Levy is REVERSED.

This action is REMANDED to the Social Security Administration for further proceedings.

The motion for summary judgment by Plaintiff Imogene Shahera Levy is DENIED AS MOOT. Dkt 14.

A final judgment will enter separately.

SO ORDERED

Signed on ___June 25, 2026___, at Houston Texas.


_____
Honorable Charles Eskridge
United States District Judge

2