United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IMOGENE SHAHERA LEVY, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-05397 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Plaintiff Imogene Shahera Levy filed this suit against the Commissioner of Social Security seeking judicial review of a decision by an administrative law judge denying her application for disability benefits and supplemental security income. See Dkt 1 at 2.

The matter was referred to Judge Yvonne Y Ho for disposition. Dkt 7. Pending is an unopposed motion requesting an award of attorney fees. Dkt 24

Judge Ho recommends that the motion for attorney fees be granted in part, and that Plaintiff be awarded $8,734.11 in reasonable attorney fees. Dkt 25 at 4. She also recommends that the award be made payable to Plaintiff, but that Defendant may send the payment to counsel for Plaintiff. Ibid.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 25.

The unopposed motion for attorney fees by Plaintiff Levy is GRANTED. Dkt 24.

Plaintiff is AWARDED attorney fees of $8,734.11.

Defendant is ORDERED to make the award payable to Plaintiff, but Defendant may send the payment to counsel of Plaintiff.

SO ORDERED.

Signed on September 9, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge